# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| S. KEITH MIYABARA, | ) |
| Plaintiff, | ) |
| | ) No. 3:11-cv-00988 |
| v. | ) |
| | ) Judge Nixon |
| SUNTRUST MORTGAGE, INC. and | ) Magistrate Judge Brown |
| FEDERAL NATIONAL MORTGAGE | ) |
| ASSOCIATION, | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendants Suntrust Mortgage, Inc. and Federal National Mortgage Association's Motion to Dismiss for Failure to State a Claim (Doc. No. 16) ("Motion"), filed along with a supportive brief (Doc. No. 17). Despite being granted two extensions to file a response (Doc. Nos. 25 & 29), Plaintiff S. Keith Miyabara has failed to respond to Defendants' Motion. Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that Defendants' Motion should be granted and that, alternatively, the case could be dismissed for Plaintiff's failure to prosecute and failure to comply with the Court's orders (Doc. No. 33 at 7). The Report was filed on May 2, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 7-8.) Neither party has filed an objection to date. On May 25, 2012, the copy of the Report mailed to Plaintiff was returned as unclaimed.[1] (Doc. No. 35.)

---

[1] It appears that previous mailings to Plaintiff have also been returned as unclaimed or unable to be forwarded. (Doc. Nos. 27, 31, & 32.)

1

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Defendants' Motion and **DISMISSES** this case. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ____ day of May, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT